The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Thomas Robert Lienau
   v. Commonwealth of Virginia
   Record No. 0685-17-4
   Opinion rendered by Judge Petty on
   September 11, 2018

2. Robert McKinley Blankenship
   v. Commonwealth of Virginia
   Record No. 1366-17-3
   Opinion rendered by Judge O'Brien on
   February 5, 2019

3. Andre Jones
   v. Crothall Laundry and New Hampshire Insurance Company
   Record No. 1070-18-4
   Opinion rendered by Chief Judge Decker on
   February 12, 2019

4. Raymond J. Hamilton
   v. Pro Football, Inc., t/a The Washington Redskins
      Great Divide Insurance Company
   Record No. 1091-18-4
   Opinion rendered by Chief Judge Decker on
   February 12, 2019

5. Tony Jones
   v. Pro Football, Inc., t/a The Washington Redskins
      Great Divide Insurance Company
   Record No. 1219-18-4
   Opinion rendered by Judge Humphreys on
   February 12, 2019

The following case in which the Court of Appeals issued a published opinion has been disposed of by the Supreme Court:

1. Ryan Austin Collins
    v. Commonwealth of Virginia
   Record No. 1096-14-2
    Opinion rendered by Judge AtLee
      on July 21, 2015
    Upon remand from the Supreme Court of the United State, judgment of
      Court of Appeals affirmed by opinion rendered on March 28, 2019
    (151277)